Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* _____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___07/12/2024___          ✘ _/s/ Kyle Beddome_____
          MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                        ___Kyle Beddome_____
                                        Printed name

                                        ___CFO_____
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___TITAN SOLAR POWER TX, INC._____

United States Bankruptcy Court for the: _____ District of __AZ____
                                                                    (State)

Case number (If known): ___2:24-bk-05248-DPC___

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☒ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|

2. **Cash on hand**     $ 0

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. JP Morgan Chase | Checking | 1 5 3 6 | $ 7,093.76 |
   | 3.2. JP Morgan Chase | Savings | 9 8 8 7 | $ 0 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____     $ _____
   4.2. _____     $ _____

5. **Total of Part 1**     $ 7,093.76

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☒ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. *See Attachment*     $ 109,878.08
   7.2. _____     $ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Fed Tax Deposit ___ $ 150,460.00 ___

   8.2. ___ $ ___

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   $ 260,338.08

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

    | | **Current value of debtor's interest** |
    |---|---|

11. **Accounts receivable**

    | | | | | **Current value of debtor's interest** |
    |---|---|---|---|---|
    | 11a. 90 days old or less: | $709,351.69 <br> face amount | − | 0 <br> doubtful or uncollectible accounts | = ........➜ | $ 709,351.69 |
    | 11b. Over 90 days old: | $1,607,227.50 <br> face amount | − | $324,663.48 <br> doubtful or uncollectible accounts | = ........➜ | $ 1,282,564.02 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    $ 1,991,915.71

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    | | | |
    |---|---|---|
    | 14.1. ___ | ___ | $ ___ |
    | 14.2. ___ | ___ | $ ___ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    | Name of entity: | % of ownership: | | |
    |---|---|---|---|
    | 15.1. ___ | ___ % | ___ | $ ___ |
    | 15.2. ___ | ___ % | ___ | $ ___ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    | | | |
    |---|---|---|
    | 16.1. ___ | ___ | $ ___ |
    | 16.2. ___ | ___ | $ ___ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

    $ 0

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page **2**

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | 05/30/2024  MM / DD / YYYY | $ 5,444,514.56 | FIFO | $ 5,444,514.56 |
| 20. **Work in progress** | 04/30/2024  MM / DD / YYYY | $ 1,868,706.31 | | $ 1,868,706.31 |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                          $ 7,313,221.87

24. **Is any of the property listed in Part 5 perishable?**

    ■ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☒ Yes. Book value  $25,953.99       Valuation method  FIFO       Current value  $25,953.99

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**

     Add lines 28 through 32. Copy the total to line 85.

     $_____

34. **Is the debtor a member of an agricultural cooperative?**

     ❑ No

     ❑ Yes. Is any of the debtor's property stored at the cooperative?

         ❑  No

         ❑  Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

     ❑ No

     ❑ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

     ❑ No

     ❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

     ❑ No

     ❑ Yes

---

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☒ No. Go to Part 8.

     ❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** _____ | $_____ | 25% of Gross | $_____ |
| 40. **Office fixtures** _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

     Add lines 39 through 42. Copy the total to line 86.

     $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

     ❑ No

     ◼ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

     ◼ No

     ❑ Yes

Official Form 206A/B                     Schedule A/B: Assets — Real and Personal Property                     page **4**

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br><br>_____ | $ 46,315.43 | 25% of Gross | $ 22,984.28 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 22,984.28

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

❑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

❑ No

❑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

❑ No

❑ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☐ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☐ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☒ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**

    Description (include name of obligor)

    *See Attached*     $537,729.18  –  $537,729.18  = →  $ 0
                       Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    NOL                                  Tax year  2022       $ 2,100,802.00
    Fed Refund                           Tax year  2022       $ 150,460.00
    _____             Tax year  _____    $ _____

73. **Interests in insurance policies or annuities**

    _____            $ 0

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____            $ _____

    **Nature of claim**      _____

    **Amount requested**     $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____            $ _____

    **Nature of claim**      _____

    **Amount requested**     $ _____

76. **Trusts, equitable or future interests in property**

    _____            $ 0

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____            $ 0

    _____            $ _____

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.          $ 2,251,262.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 7,093.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 260,338.08 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,991,915.71 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 7,313,221.87 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 22,984.28 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................→ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 2,251,262.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 11,846,815.70 | **+** 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................... $ 11,846,815.70

**TITAN SOLAR POWER TX, INC.**
**2:24-BK-05248-DPC**

## Part 2 - Deposits and Prepayments

|  | Description, including name | Current Value |
|---|---|---|
| **7.1** | Micbec Investments - Security Deposit | $10,140.00 |
| 7.2 | FRG (Vanco) - Security Deposit | $64,738.08 |
| 7.3 | Taylor LFLS LLC - Security Deposit | $35,000.00 |
|  | **Total** | **$109,878.08** |

Debtor name ___TITAN SOLAR POWER TX, INC._____

United States Bankruptcy Court for the: _____ District of __AZ_____
(State)

Case number (If known): ___2:24-BK-05248-DPC_____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**
**Creditor's name**
SolarEdge Technologies, Inc.

**Describe debtor's property that is subject to a lien**
all assets (guarantor on PM&M loan with SolarEdge)

$ 11,375,000     $ unknown

**Creditor's mailing address**
700 Tasman Dr
Milipitas, CA 95035

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**2.2**
**Creditor's name**
_____

**Describe debtor's property that is subject to a lien**
_____

$ _____     $ _____

**Creditor's mailing address**
_____
_____

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ _____

Official Form 206D       Schedule D: Creditors Who Have Claims Secured by Property       page 1 of ___

## Part 1:  Additional Page

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

### 2.___

**Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

❏ No

❏ Yes. Have you already specified the relative priority?

    ❏ No. Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

        _____

    ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

❏ No
❏ Yes

**Is anyone else liable on this claim?**

❏ No
❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

Column B: $_____

### 2.___

**Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

❏ No

❏ Yes. Have you already specified the relative priority?

    ❏ No. Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

        _____

    ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

❏ No
❏ Yes

**Is anyone else liable on this claim?**

❏ No
❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

Column B: $_____

Official Form 206D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page ___ of ___

<table>
<tr><td style="background:black;color:white"><b>Part 2:</b></td><td><b>List Others to Be Notified for a Debt Already Listed in Part 1</b></td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |
| | Line 2. ☐ | __ __ __ __ |

Form 206D          Official Part 2 of Schedule D: Creditors Who Have Claims Secured by Property          page ___ of ___

**Fill in this information to identify the case:**

Debtor    TITAN SOLAR POWER TX, INC.

United States Bankruptcy Court for the: _____ District of __AZ__
                                                                      (State)

Case number    2:23-bk-05248-DPC
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

**2.2** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

**2.3** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

| Part 1. | Additional Page |
|---------|-----------------|

|  | Total claim | Priority amount |
|--|-------------|-----------------|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2._  Priority creditor's name and mailing address**

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____     $_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._  Priority creditor's name and mailing address**

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____     $_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._  Priority creditor's name and mailing address**

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____     $_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._  Priority creditor's name and mailing address**

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____     $_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims                     page ___ of ___

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** | **Nonpriority creditor's name and mailing address**
*See Attachment*

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ $10,367,267.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.2** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.3** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.4** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.5** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.6** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | *See Attachment* | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.2. | | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.3. | | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.4. | | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 41. | | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.5. | | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.6. | | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.7. | | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.8. | | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.9. | | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.10. | | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.11. | | Line _____  ☐ Not listed. Explain _____ | — — — — |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____ ☐ Not listed. Explain _____ | —— —— —— —— |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | —— —— —— —— |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | —— —— —— —— |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | —— —— —— —— |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | —— —— —— —— |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | —— —— —— —— |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | —— —— —— —— |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | —— —— —— —— |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | —— —— —— —— |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | —— —— —— —— |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | —— —— —— —— |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | —— —— —— —— |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | —— —— —— —— |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | —— —— —— —— |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. + | $ 10,367,267.97 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 10,367,267.97 |

# TITAN SOLAR POWER TX, INC.
## 2:24-bk-05248-DPC
## Part 2 - Creditors with NONPRIORTITY Unsecured Claims

| Line | Subsidiary | Vendor Name | Vendor Address | Oldest Dated Invoice | Account Number | Contingent / Unliquidiated / Disputed | Basis for Claim | Subject to Offset | Sum of Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Titan Solar Power TX Inc | ABC Home and Commercial Services | 997 Grady's Lane, Lewisville, TX, 75077, United States | 4/10/2024 | VEN-01430 | | Unpaid Accounts Payable | | $248.97 |
| 2 | Titan Solar Power TX Inc | ADT | PO Box 371878, Pittsburgh, PA, 15250-7878, United States | 3/5/2024 | VEN-01615 | | Unpaid Accounts Payable | | $194.40 |
| 3 | Titan Solar Power TX Inc | ADT Commercial | PO BOX 872987, KANSAS CITY, MO, 64187-2987, United States | 3/7/2024 | VEN-02042 | | Unpaid Accounts Payable | | $600.08 |
| 4 | Titan Solar Power TX Inc | All Tech Solutions LLC | United States | 4/19/2024 | 77869-TX | | Unpaid Accounts Payable | | $1,800.00 |
| 5 | Titan Solar Power TX Inc | AlphaGraphics | 535 W BASELINE RD, STE 104, MESA, AZ, 85210, United States | 12/7/2023 | VEN-78966 | | Unpaid Accounts Payable | | $143.27 |
| 6 | Titan Solar Power TX Inc | Amazon Capital Services | PO Box 035184, Seattle, WA, 98124-5184, United States | 2/24/2024 | VEN-01726 | | Unpaid Accounts Payable | | $2,093.89 |
| 7 | Titan Solar Power TX Inc | American Janitorial Services, Ltd. | 2951 Marina Bay Drive Ste. 130 #395, League City, TX, 77573, United States | 6/1/2024 | VEN-78558 | | Unpaid Accounts Payable | | $351.81 |
| 8 | Titan Solar Power TX Inc | AR Networking Corp. | 2554 Kibby Rd, Merced, CA, 95340, United States | 1/1/2022 | 04980-TX | | Unpaid Accounts Payable | | $150.00 |
| 9 | Titan Solar Power TX Inc | Ascend Energy LLC | United States | 7/15/2022 | 44449-TX | | Unpaid Accounts Payable | | $10,676.00 |
| 10 | Titan Solar Power TX Inc | AutoZone Parts, Inc. | P.O. Box 116067, Atlanta, GA, 30368-6067, United States | 9/27/2023 | VEN-78784 | | Unpaid Accounts Payable | | $1,350.58 |
| 11 | Titan Solar Power TX Inc | Axis Solar | 3001 South Lamar Suite 240, Austin, TX, 78704, United States | 8/19/2021 | 76587-TX | | Unpaid Accounts Payable | | $1,219.00 |
| 12 | Titan Solar Power TX Inc | AXP SOLUTIONS LLC | 221 W ROSAMOND ST, HOUSTON, TX, 77076, United States | 4/30/2024 | VEN-100728 | | Unpaid Accounts Payable | | $4,300.00 |
| 13 | Titan Solar Power TX Inc | Berrett Pest Control | 8906 Wall St Suite 803, Austin, TX, 78754, United States | 3/25/2024 | VEN-01672 | | Unpaid Accounts Payable | | $164.54 |
| 14 | Titan Solar Power TX Inc | Brock Transportation LLC | 3025 Independence Dr Ste C, Livermore, CA, 94551, United States | 5/28/2024 | VEN-01875 | | Unpaid Accounts Payable | | $2,698.56 |
| 15 | Titan Solar Power TX Inc | C H ROBINSON COMPANY INC | PO BOX 9121, MINNEAPOLIS, MN, 55480-9121, United States | 10/15/2023 | VEN-93694 | | Unpaid Accounts Payable | | $4,244.78 |
| 16 | Titan Solar Power TX Inc | CED GREENTECH | PO Box 207115, Dallas, TX, 75230-7115, United States | 5/26/2023 | VEN-184 | | Unpaid Accounts Payable | | $144,519.13 |
| 17 | Titan Solar Power TX Inc | CINTAS | ATTN PAYER 16887801, PO BOX 631025, CINCINNATI, OH, 45263-1025, United S | 2/1/2024 | VEN-723 | | Unpaid Accounts Payable | | $3,405.66 |
| 18 | Titan Solar Power TX Inc | CINTAS CORP | PAYER 22416216, PO BOX 29059, PHOENIX, AZ, 85038-9059, United States | 2/14/2024 | VEN-194 | | Unpaid Accounts Payable | | $5,700.71 |
| 19 | Titan Solar Power TX Inc | Cyrus Solar Solutions DBA Certified Solar Solutions | 7957 N UNIVERSITY DR # 160, PARKLAND, FL, 33067, United States | 4/9/2024 | 11073-TX | | Unpaid Accounts Payable | | $22,900.00 |
| 20 | Titan Solar Power TX Inc | DOLGHIH LAW GROUP PLLC | 2626 COLE AVE, STE 300, DALLAS, TX, 75204, United States | 4/30/2024 | VEN-93364 | | Unpaid Accounts Payable | | $29,420.36 |
| 21 | Titan Solar Power TX Inc | Eco Home | 3321 Port Royale Drive South Unit 410, Fort Lauderdale, FL, 33308, United States | 12/12/2023 | 11046-TX | | Unpaid Accounts Payable | | $1,522.50 |
| 22 | Titan Solar Power TX Inc | EcoCare | PO BOX 759, Round Rock, TX, 78680, United States | 4/10/2024 | VEN-50695 | | Unpaid Accounts Payable | | $502.50 |
| 23 | Titan Solar Power TX Inc | Elliott Electric Supply Inc. | PO Box 206524, Dallas, TX, 75320-6524, United States | 2/16/2024 | VEN-01480 | | Unpaid Accounts Payable | | $4,697.67 |
| 24 | Titan Solar Power TX Inc | ENERGYSAGE INC | PO BOX 960508, BOSTON, MA, 2196, United States | 3/25/2024 | VEN-94405 | | Unpaid Accounts Payable | | $2,300.00 |
| 25 | Titan Solar Power TX Inc | ENTERPRISE (Violation Processing Center) | PO BOX 843369, KANSAS CITY, MO, 64184, United States | 2/5/2024 | VEN-247 | | Unpaid Accounts Payable | | $695.00 |
| 26 | Titan Solar Power TX Inc | ENTERPRISE RENTAL | PO BOX 840173, KANSAS CITY, MO, 64184-0173, United States | 1/20/2024 | VEN-248 | | Unpaid Accounts Payable | | $7,337.16 |
| 27 | Titan Solar Power TX Inc | Enterprise Tolls | PO BOX 840173, KANSAS CITY, MO, 64184-0173, United States | 2/9/2024 | VEN-866 | | Unpaid Accounts Payable | | $336.58 |
| 28 | Titan Solar Power TX Inc | Essien Energy LLC | United States | 12/24/2021 | 77998-TX | | Unpaid Accounts Payable | | $1,436.77 |
| 29 | Titan Solar Power TX Inc | Expert Energy Management | 1834 E Baseline Rd, #203, Tempe, AZ, 85283, United States | 8/4/2023 | 02770-TX | | Unpaid Accounts Payable | | $1,300.00 |
| 30 | Titan Solar Power TX Inc | FEDEX - SHIPPING 7316-4068-8 | PO BOX 7221, PASADENA, CA, 91109-7321, United States | 4/11/2024 | VEN-258 | | Unpaid Accounts Payable | | $234.52 |
| 31 | Titan Solar Power TX Inc | FEDEX-Freight | Dept LA PO Box 21415, Pasadena, CA, 91185-1415, United States | 5/8/2024 | VEN-01526 | | Unpaid Accounts Payable | | $7,769.63 |
| 32 | Titan Solar Power TX Inc | GFL Environmental | P.O. Box 4524, Houston, TX, 77210-4524, United States | 1/6/2024 | VEN-01553 | | Unpaid Accounts Payable | | $851.44 |
| 33 | Titan Solar Power TX Inc | GIV | 4730 S Fort Apache Suite 300, Las Vegas, NV, 89147, United States | 4/11/2024 | 44440-TX | | Unpaid Accounts Payable | | $8,002.00 |
| 34 | Titan Solar Power TX Inc | Home Improvement Solar | 2554 Nouveau Way, Kissimmee, FL, 34741, United States | 3/28/2023 | 31800-TX | | Unpaid Accounts Payable | | $2,467.53 |
| 35 | Titan Solar Power TX Inc | HUSCH BLACKWELL LLP | PO BOX 790379, ST LOUIS, MO, 63179-0379, United States | 4/9/2024 | VEN-100724 | | Unpaid Accounts Payable | | $1,560.00 |
| 36 | Titan Solar Power TX Inc | Inn Solar Texas | United States | 8/13/2021 | 90009-TX | | Unpaid Accounts Payable | | $6,667.17 |
| 37 | Titan Solar Power TX Inc | JC solar | PO Box 964, Paris, TX, United States | 2/28/2020 | 05990-TX | | Unpaid Accounts Payable | | $3,239.20 |
| 38 | Titan Solar Power TX Inc | Kumquat Solar | 6130 W FLAMINGO RD #1872, LAS VEGAS, NV, 89103, United States | 6/3/2024 | 10000-TX | | Unpaid Accounts Payable | | $4,496.26 |
| 39 | Titan Solar Power TX Inc | LGCY POWER | United States | 9/13/2022 | 03270-TX | | Unpaid Accounts Payable | | $12,516.80 |
| 40 | Titan Solar Power TX Inc | Mana Solar | 91-1016 Huaulaula Loop, Ewa Beach, HI, 96706, United States | 3/26/2021 | 10042-TX | | Unpaid Accounts Payable | | $219.50 |
| 41 | Titan Solar Power TX Inc | Moncla and Associates dba Cool Roofs | 894 TX LOOP 337 UNIT C, New Braunfels, TX, 78130, United States | 4/30/2024 | 92972-TX | | Unpaid Accounts Payable | | $1,250.00 |
| 42 | Titan Solar Power TX Inc | NOVA MEDICAL CENTERS | PO BOX 840066, DALLAS, TX, 75284-0066, United States | 3/9/2024 | VEN-93980 | | Unpaid Accounts Payable | | $504.85 |
| 43 | Titan Solar Power TX Inc | Nusun Power, LLC | 3400 N 1200 W, Lehi, UT, 84043, United States | 6/12/2024 | 60050-TX | | Unpaid Accounts Payable | | $2,000.00 |
| 44 | Titan Solar Power TX Inc | OAT FINANCIAL INC | 55 REGENT ST #2, CAMBRIDGE, MA, 2140, United States | 3/28/2024 | VEN-100814 | | Unpaid Accounts Payable | | $32,232.35 |
| 45 | Titan Solar Power TX Inc | OtoPilot Solar | 64 E Broadway Rd, Suite 200, Phoenix, AZ, 85022, United States | 12/6/2023 | 50187-TX | | Unpaid Accounts Payable | | $4,934.00 |
| 46 | Titan Solar Power TX Inc | OTR FLEET SERVICE LLC | PO BOX 11279, HOUSTON, TX, 77293, United States | 2/28/2024 | VEN-100787 | | Unpaid Accounts Payable | | $3,226.66 |
| 47 | Titan Solar Power TX Inc | PATCHMASTER TX | 1100 MISSOURI ST, CELINA, TX, 75009, United States | 4/23/2024 | VEN-100853 | | Unpaid Accounts Payable | | $419.50 |
| 48 | Titan Solar Power TX Inc | PM&M ELECTRIC INC | | 3/31/2024 | VEN-567 | | Unpaid Accounts Payable | | $69,332.62 |
| 49 | Titan Solar Power TX Inc | Power of Our Sun LLC | United States | 2/2/2024 | 03710-TX | | Unpaid Accounts Payable | | $2,000.00 |
| 50 | Titan Solar Power TX Inc | PREVENTIVE PEST CONTROL HOUSTON LLC | 10050 W GULF BANK RD, STE 214, HOUSTON, TX, 77040, United States | 2/8/2024 | VEN-100146 | | Unpaid Accounts Payable | | $256.56 |
| 51 | Titan Solar Power TX Inc | PROPANE DOCTOR | PO BOX 191263, DALLAS, TX, 75219, United States | 5/22/2024 | VEN-100811 | | Unpaid Accounts Payable | | $126.60 |
| 52 | Titan Solar Power TX Inc | PSL TECHNOLOGY LLC | 11709 BOUDREAUX RD, UNIT 940, TOMBALL, TX, 77375, United States | 5/15/2024 | VEN-100664 | | Unpaid Accounts Payable | | $2,546.50 |
| 53 | Titan Solar Power TX Inc | PURE WATER PARTNERS | PO BOX 24445, SEATTLE, WA, 98124-0444, United States | 1/28/2024 | VEN-93094 | | Unpaid Accounts Payable | | $1,384.50 |
| 54 | Titan Solar Power TX Inc | Salas Services | PO Box 165092, Irving, TX, 75016, United States | 3/1/2024 | VEN-50785 | | Unpaid Accounts Payable | | $2,598.00 |
| 55 | Titan Solar Power TX Inc | SILFAB SOLAR USA, INC | 240 COURTNEYPARK DRIVE EAST, MISSISSAUGA, ON, L5T 2Y3, United States | 1/27/2024 | VEN-449 | | Unpaid Accounts Payable | | $58,945.54 |
| 56 | Titan Solar Power TX Inc | SMT Houston LLC | 5535 Memorial Dr #101, Houston, TX, 77007, United States | 4/1/2024 | VEN-78861 | | Unpaid Accounts Payable | | $1,200.00 |
| 57 | Titan Solar Power TX Inc | Sneed Group L.L.C. | 4100 avenue c apt 106, Austin, TX, 78751, United States | 1/16/2024 | 96225-TX | | Unpaid Accounts Payable | | $3,450.00 |
| 58 | Titan Solar Power TX Inc | Spencer Air Conditioning & Heating | 3006 Skyway Circle South, Irving, TX, 75038, United States | 4/3/2024 | VEN-01578 | | Unpaid Accounts Payable | | $566.51 |
| 59 | Titan Solar Power TX Inc | Sunbelt Rentals | PO Box 409211, Atlanta, GA, 30384-9211, United States | 1/10/2024 | VEN-710 | | Unpaid Accounts Payable | | $48.66 |
| 60 | Titan Solar Power TX Inc | SunSky Energy LLC | 70 N College Ave, Fayetteville, AR, 72703, United States | 8/15/2023 | 96363-TX | | Unpaid Accounts Payable | | $4,832.41 |
| 61 | Titan Solar Power TX Inc | SunStar Solutions | 4702 ROWLETT, SUITE 100, ROWLETT, TX, 75088, United States | 10/31/2022 | 50332-TX | | Unpaid Accounts Payable | | $6,380.00 |
| 62 | Titan Solar Power TX Inc | Suntex Energy LLC | 12103 Lemon Ridge Ln, Houston, TX, 77035, United States | 10/11/2023 | 06620-TX | | Unpaid Accounts Payable | | $7,926.27 |
| 63 | Titan Solar Power TX Inc | TGK, Inc. dba Cleannet of Dallas/Fort Worth | 9861 Broken Land Parkway, Suite 208, Columbia, MD, 21046, United States | 6/1/2024 | VEN-50242 | | Unpaid Accounts Payable | | $453.57 |
| 64 | Titan Solar Power TX Inc | THE GOODYEAR TIRE AND RUBBER COMPANY | PO BOX 277808, ATLANTA, GA, 30384-7808, United States | 2/3/2024 | VEN-93077 | | Unpaid Accounts Payable | | $94.17 |
| 65 | Titan Solar Power TX Inc | The Pep Boys - Manny, Moe & Jack of Pennsylvania | PO Box 8500-50446, Philadelphia, PA, 19178-0446, United States | 1/23/2024 | VEN-92983 | | Unpaid Accounts Payable | | $2,057.68 |

| | Debtor | Creditor | Address | Date / Ref | Basis | Amount |
|---|---|---|---|---|---|---|
| 66 | Titan Solar Power TX Inc | THREE DIAMOND CAPITAL HOLDINGS LLC | 831 CROSSBRIDGE DR, SPRING, TX, 77373, United States | 6/1/2024 VEN-100827 | Unpaid Acounts Payable | $10,828.98 |
| 67 | Titan Solar Power TX Inc | Titan Energy Services | 17793 Southwick, Boca Raton, FL, 33498, United States | 6/6/2024 95954-TX | Unpaid Acounts Payable | $10,965.33 |
| 68 | Titan Solar Power TX Inc | TSP AZ | | 9/7/2022 VEN-50761 | Unpaid Acounts Payable | $13,049.54 |
| 69 | Titan Solar Power TX Inc | TSP CA | | 6/30/2023 VEN-1302 | Unpaid Acounts Payable | $2,797.94 |
| 70 | Titan Solar Power TX Inc | TSP CO | | 6/30/2023 VEN-1301 | Unpaid Acounts Payable | $208.10 |
| 71 | Titan Solar Power TX Inc | TSP GA | | 10/7/2022 VEN-1304 | Unpaid Acounts Payable | $4,290.65 |
| 72 | Titan Solar Power TX Inc | TSP IL | | 12/13/2022 VEN-1312 | Unpaid Acounts Payable | $15,364.49 |
| 73 | Titan Solar Power TX Inc | TSP MO | | 11/30/2023 VEN-1311 | Unpaid Acounts Payable | $38,591.38 |
| 74 | Titan Solar Power TX Inc | TSP NM | 525 W Baseline Rd, Mesa, AZ, 85210, United States | 3/7/2023 VEN-561 | Unpaid Acounts Payable | $147.42 |
| 75 | Titan Solar Power TX Inc | TSP NV | | 10/30/2020 VEN-699 | Unpaid Acounts Payable | $12,854.60 |
| 76 | Titan Solar Power TX Inc | TSP OH | | 11/30/2023 VEN-93348 | Unpaid Acounts Payable | $84,243.45 |
| 77 | Titan Solar Power TX Inc | ULINE | ATTN: ACCOUNTS RECEIVABLE, PO BOX 88741, CHICAGO, IL, 60680-1741, Unit | 10/5/2021 VEN-497 | Unpaid Acounts Payable | $1,512.22 |
| 78 | Titan Solar Power TX Inc | UNITED RENTALS INC | PO BOX 051122, LOS ANGELES, CA, 90074-1122, United States | 12/12/2022 VEN-93851 | Unpaid Acounts Payable | $3,910.53 |
| 79 | Titan Solar Power TX Inc | UPS | ACCOUNT 98ER74, PO BOX 650116, Dallas, TX, 75265-0116, United States | 11/1/2023 VEN-501 | Unpaid Acounts Payable | $345.48 |
| 80 | Titan Solar Power TX Inc | US Lawns San Antonio South | 1224 SAFARI, SAN ANTONIO, TX, 78216, United States | 4/1/2024 VEN-01599 | Unpaid Acounts Payable | $324.71 |
| 81 | Titan Solar Power TX Inc | Valvoline | PO LOCKBOX 74008513, Chicago, IL, 60674-8513, United States | 12/27/2023 VEN-678 | Unpaid Acounts Payable | $4,217.58 |
| 82 | Titan Solar Power TX Inc | Victor Chamorro dba Good Hand Finish Remodeling | 618 Briarwood Dr., Garland, TX, 75041, United States | 4/22/2024 VEN-50386 | Unpaid Acounts Payable | $7,100.00 |
| 83 | Titan Solar Power TX Inc | Vivint Smart Home | 4931 N 300 W, PROVO, UT, 84604, United States | 6/7/2024 78002-TX | Unpaid Acounts Payable | $117.12 |
| 84 | Titan Solar Power TX Inc | Zero Energy LLC | 3225 MCLEOD DR STE 100, Las Vegas, NV, 89121, United States | 5/20/2024 44370-TX | Unpaid Acounts Payable | $14,615.00 |
| 85 | Titan Solar Power TX Inc | Minck LLC | 2614 E Warbler Rd, GILBERT, AZ, 85297, USA | 6/19/2024 | Guarantor of Loan to PN no | $439,937.25 |
| 86 | Titan Solar Power TX Inc | Kyle Beddome | 2614 E Warbler Rd, GILBERT, AZ, 85297, USA | 5/30/2024 | Guarantor of Loan to PN no | $1,000,000.00 |
| 87 | Titan Solar Power TX Inc | Law Office of Gary L Henry | PO BOX 23115, CHATTANOOGA, TN, 37422-3115, United States | 4/1/2024 VEN-100668 | Unpaid Acounts Payable | $2,280.00 |
| N/A | Titan Solar Power TX Inc | 12203 - Due To From PM&M/TSP TX | 2222 E Yeager Dr, Suite 100, Chandler, AZ 85286 | | Unpaid Line of Credit | $1,484,556.63 |
| N/A | Titan Solar Power TX Inc | 12234 - Due To From TSP CA/TSP TX | 2222 E Yeager Dr, Suite 100, Chandler, AZ 85286 | | Unpaid Line of Credit | $18,338.40 |
| N/A | Titan Solar Power TX Inc | 12283 - Due To From TSP TX/TSP UT | 2222 E Yeager Dr, Suite 100, Chandler, AZ 85286 | | Unpaid Line of Credit | $3,206.20 |
| N/A | Titan Solar Power TX Inc | 12413 - Due To From WSB/TSP TX | 2222 E Yeager Dr, Suite 100, Chandler, AZ 85286 | | Unpaid Line of Credit | $1,390.00 |
| N/A | Titan Solar Power TX Inc | 12439 - Due to from TSP AZ/ TSP TX | 2222 E Yeager Dr, Suite 100, Chandler, AZ 85286 | | Unpaid Line of Credit | $6,433.42 |
| N/A | Titan Solar Power TX Inc | 12448 - Due to From TSP IL/TSP TX | 2222 E Yeager Dr, Suite 100, Chandler, AZ 85286 | | Unpaid Line of Credit | $77,388.86 |
| N/A | Titan Solar Power TX Inc | 12655 - Due To From TSP OH/TSP TX | 2222 E Yeager Dr, Suite 100, Chandler, AZ 85286 | | Unpaid Line of Credit | $10,586.57 |
| N/A | Titan Solar Power TX Inc | 12656 - Due To From TSP TX/TSP TN | 2222 E Yeager Dr, Suite 100, Chandler, AZ 85286 | | Unpaid Line of Credit | $948.27 |
| N/A | Titan Solar Power TX Inc | 12532 - N/R PDQ Nation LLC | | | Unpaid Line of Credit | $12,477.00 |
| N/A | Titan Solar Power TX Inc | 21103 - LOC Payables : LOC - TSP TX From PM&M | 2222 E Yeager Dr, Suite 100, Chandler, AZ 85286 | | Unpaid Line of Credit | $6,571,139.93 |
| | | | | | **Total** | **$10,367,267.97** |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY | FRG-X-TX2, LP |
| | | 6263 POPLAR AVENUE |
| | | MEMPHIS, TN 38119 |
| **State the term remaining** | 2/28/2025 | |
| **List the contract number of any government contract** | | |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY | TAYLOR LFLS, LLC |
| | | 12404 PARK CENTRAL DRIVE |
| | | DALLAS, TX 75251 |
| **State the term remaining** | 3/31/2029 | |
| **List the contract number of any government contract** | | |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY | THREE DIAMOND CAPITAL HOLDINGS, LLC |
| | | 831 CROSSBRIDGE DRIVE |
| | | SPRNG, TX 77373 |
| **State the term remaining** | 3/31/2031 | |
| **List the contract number of any government contract** | | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest** | | |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.5** **State what the contract or lease is for and the nature of the debtor's interest** | | |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._ **State what the contract or lease is for and the nature of the debtor's interest** _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2._ **State what the contract or lease is for and the nature of the debtor's interest** _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2._ **State what the contract or lease is for and the nature of the debtor's interest** _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2._ **State what the contract or lease is for and the nature of the debtor's interest** _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2._ **State what the contract or lease is for and the nature of the debtor's interest** _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2._ **State what the contract or lease is for and the nature of the debtor's interest** _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2._ **State what the contract or lease is for and the nature of the debtor's interest** _____

**State the term remaining** _____

**List the contract number of any government contract** _____

Official Form 206G                Schedule G: Executory Contracts and Unexpired Leases                page ___ of ___

**Fill in this information to identify the case:**

Debtor name _Titan Solar Power TX, Inc._____

United States Bankruptcy Court for the:_____ District of _AZ_____
(State)

Case number (If known): ___2:24-bk-05248-DPC___

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street _____ City      State      ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | _____ Street _____ City      State      ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | _____ Street _____ City      State      ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | _____ Street _____ City      State      ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ | _____ Street _____ City      State      ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 _____ | _____ Street _____ City      State      ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Official Form 206H                     Schedule H: Codebtors                     page 1 of ___

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.___ _____ | _____ Street <br><br>_____ <br>City        State        ZIP Code | _____ | ❑ D <br>❑ E/F <br>❑ G |
| 2.___ _____ | _____ Street <br><br>_____ <br>City        State        ZIP Code | _____ | ❑ D <br>❑ E/F <br>❑ G |
| 2.___ _____ | _____ Street <br><br>_____ <br>City        State        ZIP Code | _____ | ❑ D <br>❑ E/F <br>❑ G |
| 2.___ _____ | _____ Street <br><br>_____ <br>City        State        ZIP Code | _____ | ❑ D <br>❑ E/F <br>❑ G |
| 2.___ _____ | _____ Street <br><br>_____ <br>City        State        ZIP Code | _____ | ❑ D <br>❑ E/F <br>❑ G |
| 2.___ _____ | _____ Street <br><br>_____ <br>City        State        ZIP Code | _____ | ❑ D <br>❑ E/F <br>❑ G |
| 2.___ _____ | _____ Street <br><br>_____ <br>City        State        ZIP Code | _____ | ❑ D <br>❑ E/F <br>❑ G |
| 2.___ _____ | _____ Street <br><br>_____ <br>City        State        ZIP Code | _____ | ❑ D <br>❑ E/F <br>❑ G |

Official Form 206H                          Schedule H: Codebtors                          page ___ of ___

## Schedule H: Codebtors

| Name | Mailing Address | Name | Applies to: |
|---|---|---|---|
| PM & M ELECTRIC, INC. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D.1 |
| Titan Solar Power AZ, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D.1 |
| Titan Solar Power CA, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D.1 |
| Titan Solar Power CO, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D.1 |
| Titan Solar Power FL, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D.1 |
| Titan Solar Power GA, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D.1 |
| Titan Solar Power ID, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D.1 |
| Titan Solar Power IL, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D.1 |
| Titan Solar Power NC, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D.1 |
| Titan Solar Power MO, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D.1 |
| Titan Solar Power NV, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D.1 |
| Titan Solar Power SC, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D.1 |
| Titan Solar Power TX, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D.1 |
| Titan Solar Power UT, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D.1 |
| Titan Solar VA, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D.1 |
| PM & M ELECTRIC, INC. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 85 |
| Titan Solar Power AZ, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 85 |
| Titan Solar Power CA, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 85 |
| Titan Solar Power CO, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 85 |
| Titan Solar Power FL, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 85 |
| Titan Solar Power GA, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 85 |
| Titan Solar Power ID, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 85 |
| Titan Solar Power IL, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 85 |
| Titan Solar Power NC, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 85 |
| Titan Solar Power MO, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 85 |

| | | | |
|---|---|---|---|
| Titan Solar Power NV, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 85 |
| Titan Solar Power SC, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 85 |
| Titan Solar Power TX, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 85 |
| Titan Solar Power UT, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 85 |
| Titan Solar Power VA, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 85 |
| PM & M ELECTRIC, INC. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Kyle Beddome | E/F 86 |
| Titan Solar Power AZ, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Kyle Beddome | E/F 86 |
| Titan Solar Power CA, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Kyle Beddome | E/F 86 |
| Titan Solar Power CO., Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Kyle Beddome | E/F 86 |
| Titan Solar Power FL, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Kyle Beddome | E/F 86 |
| Titan Solar Power GA, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Kyle Beddome | E/F 86 |
| Titan Solar Power ID, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Kyle Beddome | E/F 86 |
| Titan Solar Power IL, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Kyle Beddome | E/F 86 |
| Titan Solar Power NC, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Kyle Beddome | E/F 86 |
| Titan Solar Power MO, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Kyle Beddome | E/F 86 |
| Titan Solar Power NV, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Kyle Beddome | E/F 86 |
| Titan Solar Power SC, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Kyle Beddome | E/F 86 |
| Titan Solar Power TX, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Kyle Beddome | E/F 86 |
| Titan Solar Power UT, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Kyle Beddome | E/F 86 |
| Titan Solar Power VA, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Kyle Beddome | E/F 86 |

**Fill in this information to identify the case:**

Debtor name ___TITAN SOLAR POWER TX, INC._____

United States Bankruptcy Court for the: _____ District of __AZ___
                                                                  (State)

Case number (If known): ___2:24-bk-05248-DPC___

❑ Check if this is an
amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals           **12/15**

---

| **Part 1:** | **Summary of Assets** |
|---|---|

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................... $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................... $ 11,846,815.70

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................ $ 11,846,815.70

---

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................. $ 0

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................... + $ 10,367,267.97

4. **Total liabilities**....................................................................................................................... $ 21,742,267.97
   Lines 2 + 3a + 3b